UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN WILLIAMS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>BETH S. COOPER, Director, Employee & Labor Relations HR,<br><br>                    Defendant. | 20-CV-4125 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 3, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 3, 2020
         New York, New York

                                                    _____
                                                         Louis L. Stanton
                                                            U.S.D.J.